# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JEFFREY HAKANSON,

    Plaintiff,

v.                                        CASE NO.: 8:18-cv-00599-VMC-JSS

GREAT LAKES HIGHER EDUCATION
CORPORATION,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GREAT LAKES HIGHER EDUCATION CORPORATION

**PLAINTIFF,** JEFFREY HAKANSON, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby gives notice of his voluntary dismissal of this action against GREAT LAKES HIGHER EDUCATION CORPORATION, without prejudice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 4th day of April, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                        Respectfully submitted,

                                        */s/Heather H. Jones*
                                        Heather H. Jones, Esq.
                                        Florida Bar No. 0118974
                                        William "Billy" Peerce Howard, Esq.
                                        Florida Bar No. 0103330
                                        THE CONSUMER PROTECTION FIRM, PLLC
                                        4030 Henderson Blvd.,
                                        Tampa, FL 33629
                                        Telephone: (813) 500-1500, ext. 205
                                        Facsimile: (813) 435-2369
                                        Heather@TheConsumerProtectionFirm.com
                                        Billy@TheConsumerProtectionFirm.com
                                        *Attorney for Plaintiff*